AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*May 20, 2026*

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| German Antonio Leiva Alfaro | ) | Case No.    **4:26-mj-332** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 13, 2026 _____ in the county of _____ Harris _____ in the _____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a) and (b) | a native and citizen of Honduras, and an alien who had been previously deported from the United States, Subsequent to having been convicted of a felony, was found unlawfully in the United States at Harris County, Texas, the said defendant having not obtained the consent before March 2003 from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003 from the Secretary of Homeland Security pursuant to 6 U.S.C. §§ 202 (3) and (4) and 6 U.S.C. § 557, |

This criminal complaint is based on these facts:

See Attached Affidavit in support of the Criminal Complaint

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Angel D. Bracero Lora, Deportation Officer
*Printed name and title*

Sworn to me telephonically.

Date: _____ 05/20/2026 _____

_____
*Judge's signature*

City and state:        Houston, Texas

Hon. Christina A. Bryan , US Magistrate Judge
*Printed name and title*

**4:26-mj-332**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Angel D. Bracero Lora, being duly sworn by telephone, hereby depose and say:

(1)    I am a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") and have served in that capacity since December 27, 2015. My law enforcement career began May 22, 2008, as a Customs and Border Protection Border Patrol Agent. I held this position until transferring to ICE as a Deportation Officer. I currently have over 17 years of immigration law enforcement experience.

(2)    On May 13, 2026, ICE was made aware of the unlawful presence of German Antonio Leiva Alfaro (Defendant) in the United States as a result of information provided by the Harris County Sherriff's Office (HCSO) in Harris County, Texas. The Defendant also goes by the alias(s) of German Antonio Leivaalfaro.

(3)    On May 19, 2026, HCSO transferred the Defendant to the custody of ICE at the Montgomery Processing Center in Conroe, Texas, for administrative immigration proceedings.

(4)    On May 20, 2026, at approximately 08:00 am., ICE identified the Defendant as being amenable to prosecution for violation of 8 U.S.C. § 1326(a) and (b).

(5)    The Defendant's fingerprints have been taken and electronically submitted to various law enforcement databases. According to the Integrated Automated Fingerprint Identification System (IAFIS), the Defendant is the same individual as the person referred to in this Affidavit as having been previously deported and convicted.

(6)    Based upon the information from ICE's records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1326(a) and (b).

(7)    <u>Element One</u>: The Defendant is a citizen and national of Honduras and not a native, citizen or national of the United States.

(8)    <u>Element Two</u>: The Defendant has previously been deported or removed from the United States on the following occasion(s):

1.  10/28/2020
2.  09/23/2019

(9)    <u>Element Three</u>: After deportation, the Defendant was subsequently found in the United States on May 13, 2026, in Harris County, Texas which is within the Houston Division of the Southern District of Texas. Additionally, I consulted with ICE's Law Enforcement Support Center ("LESC") to determine whether, in the past five years and after the Defendant's last deportation, the Defendant had been encountered by law enforcement prior to the date specified earlier in this paragraph and I am awaiting their response. I reviewed the same database and found no encounters.

(10)    <u>Element Four</u>: The Defendant did not have permission to re-enter the United States. On May 20, 2026, I reviewed the contents of the Alien File associated with this Defendant and/or available database information. I found no indication that the Defendant has ever received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to apply for admission to the United States following deportation from the United States. I have requested certification of this fact from the Records Branch of the Immigration Service.

(11)    <u>Prior Criminal History</u>: The Defendant has the following prior criminal history and/or gang affiliation:

a.  On May 01, 2017, Defendant, using the name German Antonio Leiva Alfaro, was convicted in the County Court at Law Number 3 in Galveston County, Texas, for the offense of accident involving damage to vehicle committed on or about December 05, 2016, in Cause No. MD-0369245. For this offense, a class B misdemeanor, Defendant, was sentenced to 6 days confinement.

b.  On March 22, 2019, Defendant, using the name German Antonio Leiva Alfaro, was convicted in the 212th Judicial District Court in Galveston County, Texas, for the offense of accident involving serious bodily injury committed on or about June 05, 2018, in Cause No. 18CR2760. For this offense, a 3rd degree felony, Defendant, was sentenced to 2 years confinement.

c.  On October 21, 2020, Defendant, using the name German Antonio Leiva Alfaro, was convicted in the U.S. District Court in Laredo, Texas, for the offense of re-entry of a deported alien committed on or about January 01, 2020, in Cause No. 5:20CR00386-001. For this offense, a felony, Defendant, was sentenced to 290 days confinement.

(12)    On May 20, 2026, I contacted the U.S. Attorney's Office, Southern District of Texas, Houston Division, concerning the criminal complaint. On or about that day, Assistant U.S. Attorney Jay Hileman (713) 703-9308 accepted this case for prosecution for violation of 8 U.S.C. § 1326(a) and (b).

Angel D. Bracero Lora, Deportation Officer
United States Department of Homeland Security
U.S. Immigration & Customs Enforcement

Sworn to me telephonically on May 20, 2026, and I find probable cause.

Hon. Christina A. Bryan
United States Magistrate Judge
Southern District of Texas